IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-41044
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HECTOR GARZA FLORES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-20-1
_____
May 8, 2001

Before POLITZ, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Hector Garza Flores appeals the sentence imposed following his guilty-plea conviction of distributing cocaine. Flores contends that the district court clearly erred in calculating the quantity of cocaine attributable to him for sentencing purposes.

---

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record and briefs on appeal persuades us that the district court's drug quantity calculation is not erroneous. The finding that Flores distributed at least 400 grams of cocaine is amply supported by testimony elicited at the sentencing hearing.[1] We find no basis for rejecting the trial court's findings or its computation and imposition of sentence.

AFFIRMED

---

[1]United States v. Davis, 76 F.3d 82 (5th Cir. 1996).